UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No. 23-MJ-00261 |
| | ) | |
| **LEE STUTTS** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lee Stutts


Dated: December 11, 2023            Respectfully Submitted,

                                                    /s/ William L. Shipley
                                                  William L. Shipley, Jr., Esq.
                                                  PO BOX 745
                                                  Kailua, Hawaii 96734
                                                  Tel: (808) 228-1341
                                                  Email: 808Shipleylaw@gmail.com

                                                  *Attorney for Defendant*